IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 3:22-cr-25 (CAR) |
| JASMINE JACKSON, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER DISMISSING WARRANT

Defendant Jasmine Jackson is charged in four counts of an indictment, including two counts of conspiracy to distribute and possess with intent to distribute controlled substances, one count of possession with intent to distribute controlled substances, and one count of maintaining a drug-involved premises. Defendant is represented by counsel and has agreed to appear pursuant to a summons (Doc. 64), in light of which the Government has moved to dismiss the grand jury arrest warrant.

For good cause shown, the Government's motion to dismiss the warrant (Doc. 83) is hereby **GRANTED**. The grand jury arrest warrant (Doc. 4) is **DISMISSED** and **TERMINATED**. Defendant shall appear for an initial appearance and arraignment at 2:30 p.m. on Wednesday, January 25, 2023.

**SO ORDERED**, this 24th day of January, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge