# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 3:22-CR-25-CAR-CHW-2 |
| : | |
| JASMINE JACKSON, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Jasmine Jackson's Unopposed Motion to Continue [Doc. 142] the pretrial conference scheduled for March 8, 2023 and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On October 11, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Fentanyl, Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine and Cocaine, Possession with Intent to Distribute Heroin and Fentanyl, and Maintaining Drug Involved Premises. On January 25, 2023, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and released on an unsecured bond. This is Defendant's second request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that additional time is needed for counsel to review discovery and pursue plea negotiations. Having considered the matter,

the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 142] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 28th day of February, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT